IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CEDRIC MARTIN                                                                                           PLAINTIFF

vs.                                          Case No. 14-cv-4009

DEWAYNE FLOYD; NURSE N. BROWN;
and LIEUTENANT ADAMS                                                                         DEFENDANTS

## ORDER

Before the Court is a Motion for Order (ECF No. 39) filed by Plaintiff Cedric D. Martin. Martin is confined in the Miller County Correctional Facility in Miller County, Arkansas, and he has requested the Court issue an Order moving him to the Bowie County, Texas Correctional Center. He asserts that he should be moved due to his safety and so that he can access the law library.

Martin has indicated to the Court no specific facts indicating that his safety is at issue. Moreover, Martin is requesting relief in a case has already been closed.  Therefore, this Motion is **DENIED AS MOOT.**  The Clerk is directed to send Martin a § 1983 Complaint so that he can file a new lawsuit if he so chooses.

**IT IS SO ORDERED,** this 1st day of June, 2015.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge